# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

YOLANDA COLLIER,

        Plaintiff,

-vs-                                Case No. 6:09-cv-686-Orl-28DAB

7-11,

---

## ORDER

This case is before the Court on Plaintiff's Motion to Proceed in Forma Pauperis (Doc. No. 2) filed April 20, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 23, 2009 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed in Forma Pauperis (Doc. No. 2) is **DENIED without prejudice** and the Complaint is dismissed without prejudice.

3. Plaintiff may file an Amended Complaint within eleven (11) days of the date of this Order. Failure to file an Amended Complaint within the time allowed herein will result in this case being dismissed and the file closed.

4. Plaintiff's Amended Complaint must meet the requirements of Rule 8 of the Federal Rules of Civil Procedure that the complaint contain " a short and plain statement of the grounds upon which the court's jurisdiction depends" and "a short and plain statement of the claim showing that the pleader is entitled to relief."

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15___ day of May, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party